IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EUGENE CARVALHO** | : | CIVIL ACTION NO. 1:CV-12-56 |
| Petitioner | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Mannion) |
| v. | : | |
| **BRIAN COLEMAN,** Superintendent | : | |
| Respondent | : | |

## O R D E R

Before the Court in the above-captioned action is a May 14, 2012 Report and Recommendation of Magistrate Judge Mannion. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Mannion.

2) The above-captioned action is DISMISSED.

3) The Clerk of Court shall close the file.

                                                    S/ Yvette Kane
                                                    YVETTE KANE, Chief Judge
                                                    United States District Court

Dated: June 7, 2012